■

**COM.**

v.

**WARREN, S.**

1124 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0008204–2014, (Philadelphia)

Affirmed

■

**COM.**

v.

**WARREN, S.**

1125 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0008205–2014 (Philadelphia)

Affirmed

■

**COM.**

v.

**WARREN, S.**

1126 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0008206–2014 (Philadelphia)

Affirmed

■

**COM.**

v.

**COLOSIMO, K.**

1357 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

(Montgomery)
CP–46–CR–0003496–2015

Affirmed

